UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| LARRY D. BROOKS, | ) | Case No. EDCV 08-01755-MMM (MLG) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DE ROSA, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: January 20, 2009

Margaret M. Morrow
United States District Judge

